STATE OF NEW JERSEY v. EDWARD WILSON.

July 2, 1982.

Petition for certification denied.

DANIEL HEALING v. NEW JERSEY STATE PRISON.

July 2, 1982.

Petition for certification dismissed as moot.

STATE OF NEW JERSEY v. ROBERT ROMANO.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH CALO.

July 2, 1982.

Petition for certification denied.

HARRY DITKOFSKY v. ROBERT J. BATTERBY.

July 2, 1982.

Petition for certification denied.